**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

CYNTHIA POWELL,

      Plaintiff,

vs.                                        CASE NO. 3:05-cv-1084-J-HTS

JO ANNE B. BARNHART,
Commissioner of
Social Security,

      Defendant.

_____

<u>**O R D E R**</u>

This cause is before the Court on Plaintiff's Uncontested Petition for Award of Attorney Fees Under the Equal Access to Justice Act (Doc. #16; Petition), filed May 29, 2006. It is represented Defendant has no objection to the amount sought in the Petition. Petition ¶ 6.

A total of 16 hours were expended in the representation of Plaintiff before the Court in 2005 and 2006. *See id.* ¶ 8; Itemization of Time Social Security Claim, attached to the Petition as Exhibit A. Plaintiff seeks a total payment of $2,440.00 in fees. Petition ¶ 9. This is based on an hourly rate of $152.50. *Id.* ¶ 7. In addition, Plaintiff requests $250.00 for the filing of the complaint. *Id.* ¶ 10.

Having reviewed the Petition and case file herein, the Court finds Plaintiff satisfies the statutory requirements for an award

of fees. *See* 28 U.S.C. § 2412(d). Thus, in light of the parties' agreement, Plaintiff may reasonably be awarded $2,440.00 in attorney fees and $250.00 in costs.[1]

Accordingly, the Petition (Doc. #16) is **GRANTED** and the Clerk of the Court is directed to enter judgment in favor of Plaintiff and against Defendant for attorney fees in the amount of $2,440.00 and costs of $250.00.

**DONE AND ORDERED** at Jacksonville, Florida this 8th day of June, 2006.

/s/        Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE


Copies to:

Counsel of Record and
    *pro se* parties, if any

---

[1]     The Court notes the total fee sought by Plaintiff is less than the amount allowed under the Equal Access to Justice Act, 28 U.S.C. § 2412, accounting for adjustments due to an increase in the cost of living. *See id.* § 2412(d)(2)(A). For the purpose of determining the rate of inflation, the Court viewed http://data.bls.gov/cgi-bin/cpicalc.pl (last visited June 6, 2006).